Allen Industries, Inc., Appellant, v. American Hair and Felt Company, Appellee.

Gen. No. 40,517. (Abstract of Decision.)

Heard in second division, first district, this court at December term, 1938; opinion filed May 28, 1940. Chapman & Cutler, for appellant; Dayton Ogden, of counsel; Hopkins, Sutter, Halls & DeWolfe, for appellee; Lines, Spooner & Quarles, Donald J. DeWolfe and William G. Blood, of counsel. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''